# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: wwwdoarlaw.com

March 1, 2022

**Via ECF**
Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Bolivar Baez*, 21 Cr. 637 (VEC)

Dear Judge Caproni:

      I was appointed to represent Bolivar Baez in the above-referenced matter. I write without objection from the Government to request a modification to Mr. Baez's bail conditions.

      By way of background, on August 19, 2021, Mr. Baez was arraigned on a complaint which charged him with a violation of 21 U.S.C. § 846. At his arraignment, Magistrate Judge Cave fixed Mr. Baez's bail principally in the amount of a $50,000 PRB to be signed by two financially responsible persons, home detention (with permission to work) with electronic monitoring, travel restricted to the SDNY, EDNY and the District of New Jersey, surrender of travel documents and pretrial supervision. Thereafter, the Court modified Mr. Baez's bail conditions to allow him to spend Thanksgiving at the apartment of his mother, Christmas Day at the home of his fiance's family, and to go to the gym between 5:00 p.m. to 7:00 p.m. each day. All conditions of bail have been satisfied and Mr. Baez has been compliant with all conditions.

      Mr. Baez has secured an opportunity to work as a driver for Luimys Trucking LLC and for Lyft (see attached documents, copies of which have been provided to both of the Pretrial Officers noted below and to AUSA Kevin Mead). However, because Mr. Baez's would not be working in a stationary location, I have been advised by Pretrial Officer David Hernandez in New Jersey (who has direct monitoring of Mr. Baez because Mr. Baez resides in New Jersey) and by Jonathan Lettieri, Mr. Baez's Pretrial Officer in the SDNY (where this case is pending)

Hon. Valerie E. Caproni                 2                 March 1, 2022

that Mr. Baez's current bail conditions of home detention with electronic monitoring cannot accommodate employment where Mr. Baez would not be in a stationary location but would be driving around. For this reason, Mr. Baez seeks a modification of his bail to eliminate the condition of home detention with electronic monitoring.

      I have discussed this application with Pretrial Officer Hernandez in New Jersey and with Pretrial Officer Lettieri in the SDNY. Neither officer objects to this bail modification and both have advised me that Mr. Baez has been in full compliance with the conditions of his bail. I also have communicated with AUSA Kevin Mead. He has advised me that the Government takes no position on this request.

      Thank you for the Court's consideration of this bail modification request.

                                                        Respectfully submitted,

                                                          /s/
                                                        John F. Kaley

cc. AUSA Kevin Mead
    Pretrial Services Officer Jonathan Lettieri
    Pretrial Services Officer Hernandez
    (all via email)

> Application GRANTED. Mr. Bolivar Baez's bail conditions are modified to eliminate the condition of home detention with electronic monitoring.

        SO ORDERED.

        *[Signature: Valerie Caproni]*     3/2/2022

        HON. VALERIE CAPRONI
        UNITED STATES DISTRICT JUDGE

# Luimys trucking llc.

02/15/2022

Bolivar r baez contreras
Driver
Luimys trucking llc.
529 5th union city nj 07087
Luimystrucking@gmail.com
(201) 972-0445

Dear bolivar r baez contreras:

We are pleased to offer you employment at Luimys trucking llc. We feel that your skills and background will be valuable assets to our team.

Per our discussion, the position is driver, and your staring date will be 02/21/2022.

We look forward to welcome you as a new employee of luimys trucking llc.

Sincerely.

Betsy mejia
Company owner

