USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
        -against- :     21-CR-637 (VEC)
 :
 :     <u>ORDER</u>
BOLIVAR BAEZ, :
                             Defendant. :
 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 20, 2022, Defendant is scheduled to appear for sentencing;

       IT IS HEREBY ORDERED that due to a scheduling conflict, Defendant's sentencing is ADJOURNED to **Thursday, October 27, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  October 14, 2022
         New York, NY

                                     **VALERIE CAPRONI**
                                     **United States District Judge**